# BOIES, SCHILLER & FLEXNER LLP

**401 EAST LAS OLAS BLVD.\* SUITE 1200\* FT. LAUDERDALE, FL 33301\* 954-356-0011\* FAX 954-356-0022**

Stuart H. Singer, Esq.
E-mail:  ssinger@bsfllp.com
Direct Dial:  (954) 377-4201

November 12, 2014

**Via CM/ECF**

Catherine O'Hagan Wolfe
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     Havlish v. Royal Dutch Shell Plc, Case No. 14-3854 – Transcript Status Notification.

Dear Ms. Wolfe:

Appellants Fiona Havlish, et al., hereby notify the Court that they ordered the transcript in this matter from Thomas Murray of Southern District Reporters on November 3, 2014.  We have contacted the reporter and have been informed that the transcript will be delivered by November 24, 2014

Please contact us if you would like any additional information.

Respectfully submitted,

s/Stuart H. Singer

Stuart H. Singer
BOIES, SCHILLER & FLEXNER LLP

SHS/mc

CC: Counsel of Record (via CM/ECF)